UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIRANDA GILBERT,

    Petitioner,

v.                                                                                                   No. 1:22-cv-00282-KWR-KRS
                                                                                      No. 1:17-cr-03055-KWR-KRS-1

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 7**) filed **June 9, 2023**, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Miranda Gilbert's Motion to File a Successive 28 U.S.C. § 2255 Habeas Claim (**CV Doc. 1; CR Doc. 60,** supplemented by **CR Doc. 61**), which is construed as a first habeas filing, is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

                                                                            KEA W. RIGGS
                                                                   UNITED STATES DISTRICT JUDGE